UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERON N. LYNCH,

    Plaintiff,

    v.

J. ST. CLAIR, MD, Chief Medical Officer; and DR. MOORE, Psychologist,

    Defendants.

    /

No. C 09-2682 PJH (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at the Sierra Conservation Center, which lies within the venue of the United States District Court for the Eastern District of California. Defendants, who are prison doctors at the Sierra Conservation Center, appear to reside there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: June 23, 2009.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\CR.09\LYNCH2682.TRN.wpd